IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM POWELL, #271 930, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-139-WHA |
| | ) |
| SARG. GOLDEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on April 20, 2018. Doc. 4. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered accordingly.

Done, this 17th day of May 2018.

       /s/ W. Harold Albritton
       SENIOR UNITED STATES DISTRICT JUDGE